# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3077

_____

ROY EDWARD ROBERTS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Register, Judge.

March 25, 2026

PER CURIAM.

AFFIRMED. *See Gross v. State*, 346 So. 3d 1284, 1285 (Fla. 1st DCA 2022) (affirming revocation of probation where the record made clear that the trial court would have revoked probation and imposed the same sentence based solely on the violations properly proven); *see also* § 924.051(3), Fla. Stat. (limiting appellate review to the correction of prejudicial errors).

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.